# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| GAIL MARIE NEWTON, | § § § | |
| Plaintiff | § § | |
| VS. | § § | Case No. 4:16cv348 |
| | § | Judge Mazzant/Judge Bush |
| THE BANK OF NEW YORK MELLON, ET AL., | § § § § | |
| Defendants. | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On July 15, 2016, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Defendants' Rule 12(b)(6) Motion to Dismiss (Dkt. #14) be GRANTED and that Plaintiff's claims be dismissed with prejudice.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's recommendations as the findings and conclusions of the court. Therefore, Defendants' Rule 12(b)(6) Motion to Dismiss (Dkt. #14) is GRANTED and Plaintiff's are dismissed with prejudice.

**IT IS SO ORDERED.**
**SIGNED this 5th day of August, 2016.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE